**Adaku E. ERONINI, Plaintiff—Appellant,**

v.

**JP MORGAN CHASE BANK NA; et al., Defendants—Appellees.**

No. 08–55929.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 3, 2010.

Adaku E. Eronini, San Jacinto, CA, pro se.

John M. Sorich, Esquire, Adorno, Yoss, Alvarado and Smith, Santa Ana, CA, for Defendants–Appellees.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Adaku E. Eronini appeals pro se from the district court's order dismissing for failure to state a claim her action alleging violations of the Real Estate Settlement and Procedures Act ("RESPA"), 12 U.S.C. § 2601, *et seq.*, and California state law. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Miller v. Yokohama Tire Corp.*, 358 F.3d 616, 619 (9th Cir.2004). We affirm.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

842

The district court properly dismissed the action because Eronini suffered no damages as a result of the alleged RESPA violation. *See* 12 U.S.C. § 2605(f)(1)(A) (allowing recovery of "actual damages"). We do not consider arguments that Eronini presented for the first time on appeal. *See Turnacliff v. Westly*, 546 F.3d 1113, 1120 (9th Cir.2008).

Eronini's remaining contentions are unpersuasive.

**AFFIRMED.**